UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 19-4935-ODW (KS) | Date: June 17, 2019 |
| Title   *Daynell B. Bell v. Josie Gastelo, Warden* | |

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 6, 2019, Petitioner, a California state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas pursuant to 28 U.S.C. § 2254 (the "Petition"). (Dkt. No. 1.) The Petition challenges Petitioner's 2015 conviction and sentence for murder and attempted murder with special circumstance allegations and firearm enhancements. (Petition at 1.) In response to questions on the form petition regarding any appeal from the judgment of conviction to the California Court of Appeal and California Supreme Court, Petitioner provided the case numbers for his direct appeal proceedings, but in both instances, when asked to state what grounds he raised in those appeals, Petitioner responded: "See attached records." (Petition at 2-3.) Similarly, when asked to state the grounds on which he seeks relief in the instant Petition, under Grounds One and Two, Petitioner wrote only: "See attached argument." (*Id.* at 5.) Petitioner provided no additional supporting facts for either purported claim, leaving the "Supporting FACTS" section under Grounds One and Two of the Petition completely blank. (*Id.*) Finally, Petitioner did not attach additional memoranda or documents to the Petition. (*See generally id.*)

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254 ("Habeas Rules"), requires a district court to dismiss a petition without ordering a responsive pleading where "it plainly appears from the petition and any attached exhibits that the petition is not entitled to relief." Habeas Rule 4. Additionally, Habeas Rule 2 requires, *inter alia*, that the Petition specify the grounds for relief available to the Petitioner, state the facts supporting each ground, state the relief requested, be legible, and be signed under penalty of perjury by Petitioner. The Advisory Committee's Notes state that "it is the relationship of the facts to the claim asserted that is important" under Rule 2, and the Petition must "state facts that point to a real possibility of constitutional error." Advisory Committee's Note on subd. (c) of Habeas

Corpus Rule 2; Advisory Committee's Note on Habeas Corpus Rule 4; *see also Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977) (petitioner must state facts that point to a real possibility of constitutional error to be entitled to habeas corpus relief). Because the Petition does not identify <u>any</u> legal or factual basis for Petitioner's claims, the Petition is subject to dismissal pursuant to Habeas Rule 4. *See also James v. Borg*, 24 F.3d 20, 26 (9th Cir. 1994) ("Conclusory allegations which are not supported by a statement of specific facts do not warrant habeas relief."). Additionally, the Court cannot determine if Petitioner's claims are exhausted.

    IT IS THEREFORE ORDERED that Petitioner shall SHOW CAUSE no later than **July 17, 2019** why the Petition should not be dismissed for failure to comply with Habeas Rule 2(c) and Habeas Rule 4. Petitioner may discharge this Order by filing one of the following on or before the July 17, 2019 deadline:

(1) A complete First Amended Petition that is signed, does not refer to any of Petitioner's earlier pleadings identifies with specificity each ground on which he seeks habeas relief, and articulates specific facts supporting each claim for habeas relief; or

(2) A signed Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a).

**Petitioner's failure to timely comply with this Order and show cause why the Petition should not be dismissed may result in a recommendation of dismissal pursuant to Habeas Rule 4 and/or Local Rule 41-1 and Fed. R. Civ. P. 41.**

    **IT IS SO ORDERED**.

                                                                               **:**
                                                    **Initials of Preparer**   gr