JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAYNELL BELL, | ) | NO. CV 19-4935-ODW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JOSIE GASTELO, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 14, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE